———o———

## No. 5895.

## JOS. R. BRES, ET AL vs. JEANNE ELISE GERBAULT.

### Syllabus.

Deeds and acknowledgments executed before a diplomatic or consular officer, or commercial agent, of the United States, in foreign parts are authenticated by the sole signature and seal of such officer or agent, without need for subscribing witnesses. Act 164 of 1898.

Appeal from the Civil District Court for the Parish of Orleans, Division "A," No. 101,560. Hon. T. C. W. Ellis, Judge.

Geo. Montgomery, for plaintiff and appellant.

W. W. Wall, Chas. Schneidau, for defendant and appellee.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court as follows:

This is an appeal from a judgmnet ordering an adjudicatee to comply with his bid.

In the Court a qua the appellant urged various objections to the title tendered him, but before this Court he insists on one only, to-wit: that certain powers of attorney, acknowledged respectively before the Counsel General of the United States at Paris, France, and the Consular Agent of the United States at Oran, Algeria, are not in authentic form because not attested by witnesses.

— 318 —

Counsel have evidently overlooked Act 164 of 1898, p. 321, which provides that deeds and acknowledgments executed before a diplomatic or consular officer, or commercial agent, of the United States, in foreign parts, are authenticated by the sole signature and seal of such officer or agent, without need for subscribing witnesses.

The judgment appealed from is correct.

Judgment affirmed.

Opinion and decree, June 19th, 1913.